UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRIFF DAVIS TILMONT,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security,[1]<br><br>　　　　　Defendant. | Case No. C15-825-JPD<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

This matter comes before the Court on plaintiff's unopposed motion for award of attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 16. The Court, having considered the contentions of plaintiff and all supporting materials, including defendant's assertion that the Commissioner "has no objection to this request," Dkt. 18 at 2, hereby ORDERS as follows:

　　　　(1)　　Plaintiff's motion, Dkt. 16, is GRANTED. Plaintiff's attorney, Rosemary B. Schurman, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $16,230.12, *less* a previously awarded EAJA fee totaling $6,771.58 to equal a total net fee of $9,458.54.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit. The Clerk is directed to update the docket, and all future filings by the parties should reflect this change.

ORDER
PAGE - 1

(2) Defendant shall release the fee of $9,458.54 minus any applicable processing fee to plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

(3) The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 26th day of April, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge